SO. CAL. EQUAL ACCESS GROUP
Jason J. Kim (SBN 190246)
Jason Yoon (SBN 306137)
Kevin Hong (SBN 299040)
101 S. Western Ave., Second Floor
Los Angeles, CA 90004
Telephone: (213) 252-8008
Facsimile: (213) 252-8009
cm@SoCalEAG.com

Attorneys for Plaintiff
JEREMY HOLLAND

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEREMY HOLLAND,<br><br>        Plaintiff,<br><br>    vs.<br><br>ILSE GALVEZ MARTINEZ D/B/A J'S 98 CENTS & UP STORE; RICHARD A. ENTIN, AS TRUSTEE OF THE RICHARD A. ENTIN LIVING TRUST; and DOES 1 to 10,<br><br>        Defendants. | **Case No.: 2:24-cv-02422-PA-MARx**<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT RICHARD A. ENTIN, AS TRUSTEE OF THE RICHARD A. ENTIN LIVING TRUST** |

**PLEASE TAKE NOTICE** that Plaintiff JEREMY HOLLAND ("Plaintiff") pursuant to Federal Rule of Civil Procedure Rule 41(a)(1) hereby voluntarily dismisses Defendant RICHARD A. ENTIN, AS TRUSTEE OF THE RICHARD A. ENTIN LIVING TRUST ("Defendant") *without prejudice* pursuant to Federal Rule of Civil Procedure Rule 41(a)(1) which provides in relevant part:

(a) **Voluntary Dismissal.**

      (1)    *Without a Court Order*.  Subject to Rules 23(e), 23.1(c), 23.2, and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing:

          (i)    A notice of dismissal before the opposing party serves either an answer or a motion for summary judgment.

Defendant has neither answered Plaintiff's Complaint, nor filed a motion for summary judgment.  Accordingly, Defendant may be dismissed without an Order of the Court.

DATED:  April 26, 2024        SO. CAL. EQUAL ACCESS GROUP

                                      By:   */s/  Jason J. Kim*
                                            Jason J. Kim
                                            Attorneys for Plaintiff

**NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT**